District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREY VAGANOV, | Case No. 2:23-cv-01701-KKE |
| Plaintiff, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER |
| v. | Noted for Consideration: |
| UR M. JADDOU, *et al.*, | May 28, 2024 |
| Defendants. | |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum and for Withholding of Removal. Pursuant to this Court's Order on the parties' stipulation, this case is stayed through May 31, 2024. Dkt. No. 9. The parties continue to work towards a resolution to this litigation. For good cause, the parties request that the Court continue to hold the case in abeyance until June 20, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01701-KKE] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS is processing the application but needs a brief extension. USCIS will continue to use its best efforts to complete adjudication of Plaintiff's asylum application prior to June 20, 2024. Once the application is adjudicated, Plaintiff agrees to dismiss the case without prejudice.

As additional time is necessary for this to occur, the parties request that the Court continue to hold the case in abeyance until June 20, 2024. The parties will submit a joint status report on or before June 20, 2024.

DATED this 28th day of May, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF JESSICA T. ARENA |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Jessica T. Arena*<br>JESSICA T. ARENA*, CA #301807<br>2443 Fillmore Street, #380-1614<br>San Francisco, California 94115<br>Phone: (541) 525-3341<br>Email:  jessica@jtarenalaw.com<br>*PHV |
| *Attorneys for Defendants* | GIBBS HOUSTON PAUW |
| **I certify that this memorandum contains 252 words, in compliance with the Local Civil Rules.** | *s/ Adam Boyd*<br>ADAM BOYD, WSBA# 49849<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email:  adam.boyd@ghp-law.net |
| | *Attorneys for Plaintiff* |

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01701-KKE] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until June 20, 2024. The parties shall submit a joint status report on or before June 20, 2024. It is so **ORDERED**.

DATED this 28th day of May, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:23-cv-01701-KKE] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800